IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:21-CR-147-ALM-KPJ |
| SOHAIL MONSHIZADEH | § § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on January 21, 2022, to determine whether Defendant violated his supervised release. Defendant was represented by James Graham. The Government was represented by Anand Varadarajan.

On April 18, 2016, United States District Judge Reed O'Connor sentenced Defendant to a term of seventy-two (72) months' imprisonment followed by three (3) years of supervised release. On December 23, 2020, Defendant completed his term of imprisonment and began serving the term of supervision. On May 24, 2021, this action was transferred to the Eastern District of Texas and assigned to United States District Judge Amos L. Mazzant, III. *See* Dkt. 1.

On July 7, 2021, the U.S. Probation Officer filed the Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 2). The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant shall refrain from any unlawful use of a controlled substance; (2) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or controlled substance, or any paraphernalia related to such substance, except as prescribed by a physician; (3) Defendant shall participate in a program for treatment of narcotic or drug or alcohol dependency that will include

1

testing for the detection of substance abuse, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, and contribute to the costs related to such treatment at a rate of at least $25 per month; and (4) Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. *See* Dkt. 2.

The Petition asserts Defendant violated the foregoing conditions as follows:

- On March 16, 2021; March 25, 2021; April 28, 2021; May 5, 2021; and May 18, 2021, Defendant submitted urine specimens that tested positive for methamphetamine. On March 25, 2021, Defendant's urine specimen also tested positive for Benzodiazepines. With respect to the March 16 and 25 urinalyses, Defendant admitted to using methamphetamine and heavily consuming alcohol.
- On May 26, 2021, the probation officer instructed Defendant to report to a residential detoxification treatment center; Defendant failed to report as instructed.
- On June 27, 2021, the probation officer reported defendant to report to the U.S. Probation Office in Plano, Texas, the following day at 10:00 a.m.; Defendant reported two hours late.

On January 21, 2022, the Court conducted a final revocation hearing on the Petition. *See* Dkt. 9. Defendant entered a plea of true to allegations 1 through 4, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the United States Magistrate Judge. *See* Dkts. 9, 12. The Court finds that Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the January 21, 2022 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months, followed by an additional twenty-four (24) months of supervised release under the same conditions previously imposed.

**So ORDERED and SIGNED this 27th day of January, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE